568

UNITED STATES of America,
Plaintiff–Appellee

v.

Christopher Dion MANCHA,
Defendant–Appellant.

No. 09–10111
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jim Shaw, Lubbock, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Christopher Dion Mancha has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mancha has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

